IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GUY CLAYTON BARNES                                                                                       PLAINTIFF
ADC #93209

v.                              Case No. 5:14-cv-00159-KGB-JJV

RAY HOBBS, *et al.*                                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 7). No timely objections were filed. Plaintiff Guy Clayton Barnes filed untimely objections to the Proposed Findings and Recommendations (Dkt. No. 16). After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Even if this Court were to consider the untimely objections filed by Mr. Barnes, based on those objections and a *de novo* review of the record in this case, the Court would adopt the Proposed Findings and Recommendations in their entirety. It is therefore ordered that defendants Ray Hobbs, Wendy Kelley, Mark Cashion, Courtney, Richardson, and Sperry be dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this the 14th day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE