IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GUY CLAYTON BARNES**  **PLAINTIFF**
ADC #93209

v.                    Case No. 5:14-cv-00159-KGB-JJV

**RAY HOBBS,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ADJUDGED this 10th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE